

**Wiggin and Dana LLP**
One Century Tower
265 Church Street
New Haven, Connecticut 06510
www.wiggin.com

Mary A. Gambardella
203.498.4382
203.782.2889 fax
mgambardella@wiggin.com

VIA ECF

**MEMO ENDORSED**

December 5, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/05/2019

Honorable Valerie E. Caproni
U.S. District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:   **Reineck v. Montefiore Medical Center, et al**
      Case No.: 1:19-cv-05470-VEC

Dear Judge Caproni:

This Firm represents the Defendant Montefiore Medical Center, sued herein as Montefiore Medical Center and Jack D. Weiler Hospital of the Albert Einstein College of Medicine ("Defendant") in the above captioned matter. We write pursuant to Your Honor's Individual Practices to request an adjournment of the pretrial conference scheduled for Friday, December 13, 2019 at 10:00 a.m. Plaintiff Christopher Reineck (with Defendant the "Parties") joins in this request.

The reason for this request is that the Parties are scheduled to attend a settlement conference before Magistrate Judge Aaron for Tuesday, January 7, 2020 [ECF No. 25] and the Parties wish to dedicate their respective resources to a settlement of the case at the January 7 conference.

At this time written discovery responses have been exchanged between the Parties, the remaining discovery deadlines have been stayed pending the outcome of the settlement conference [ECF No. 22], and there there are no outstanding motions for the Court's consideration.

In the event that the Parties are unable to achieve settlement at the January 7 settlement conference, the Parties will promptly submit a proposed Amended Civil Case Management Plan and Scheduling Order setting forth a proposed timeline for the completion of fact discovery and dates to reconvene the pretrial conference.

This is the first request for an adjournment of the pretrial conference.

Very truly yours,

*/s/ Mary A. Gambardella*
Mary A. Gambardella

MAG:jjw
19885\18\4834-3891-6526.v1

Application GRANTED. If the parties are unable to reach a settlement, a pretrial conference will be held on **January 31, 2020 at 10:00 a.m**. The parties' joint letter and revised case management plan are due by **January 23, 2020.**

SO ORDERED.

12/05/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE